# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147350

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HURON VALLEY EDUCATION
ASSOCIATION, MEA/NEA,
      Charging Party-Appellant,

v

HURON VALLEY SCHOOLS,
      Respondent-Appellee.

SC: 147350
COA: 311887
MERC: 10-000139

_____/

      On order of the Court, the application for leave to appeal the May 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

h1021